UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH M.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br><br>　　　　　　　Defendant. | Case No.: 24-cv-2068-KSC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS [Doc. No. 2]** |

　　　　Plaintiff filed an Application to Proceed *in forma pauperis*. Doc. No. 2. A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a). The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir.1981) (internal quotations omitted). A party need not be completely destitute to proceed *in forma pauperis*. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339-340 (1948). An affidavit is sufficient if it shows that the applicant cannot pay the fee "and still be able to provide himself [or herself] and dependents with the necessities of life." *Id.* (internal quotations omitted). Here, plaintiff's assets are limited to ten dollars, and plaintiff has no income. Doc. No. 2. Accordingly, plaintiff's Application to Proceed *in forma pauperis* is GRANTED.

Dated: November 4, 2024

Hon. Karen S. Crawford
United States Magistrate Judge